# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CHAVEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>J. DOE #1, et al.,<br><br>                Defendants. | 1:18-cv-01534-AWI-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES**<br>**(ECF No. 17.)**<br><br>**ORDER FOR CLERK TO MAIL COPIES OF COMPLAINT AND PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE TO PLAINTIFF**<br>**(ECF Nos. 1, 13.)** |

Gilberto Chavez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On October 16, 2018, Plaintiff filed the Complaint commencing this action. 28 U.S.C. § 1915A. (ECF No. 1.)

On January 30, 2020, Plaintiff requested copies of the original Complaint and Plaintiff's response to the court's order to show cause. (ECF No. 17.)

Plaintiff asserts that he was recently moved from the North Facility to the South Facility of the Correctional Training Facility and suffered the loss of the two documents for which he now requests copies. Plaintiff asserts that he requires assistance from another inmate to litigate this case, and he cannot proceed without the entire record. Plaintiff states that he is without funds, is proceeding *in forma pauperis*, and is unable to pay for copies.

1

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request, prepayment of the copy fees, and submission of a self-addressed envelope with sufficient postage affixed. The fact that the court has granted leave for Plaintiff to proceed *in forma pauperis* does not entitle him to free copies of documents from the court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

As a one-time courtesy, Plaintiff shall be provided with copies of his original Complaint (ECF No. 1), and his response to the court's order to show cause, (ECF No. 13). For any further copies from his case file, Plaintiff must submit a written request to the Clerk, prepay the copy fees, and submit of a large-enough self-addressed envelope with sufficient postage affixed.

Accordingly, good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for free copies, filed on January 30, 2020, is GRANTED;
2. As a one-time courtesy, the Clerk of Court is directed to send Plaintiff copies of his original Complaint filed on October 16, 2018, (ECF No. 1), and his response to the court's order to show cause filed on October 17, 2019, (ECF No. 13); and
3. Plaintiff is advised that for any other copies from his file, he must submit a written request to the Clerk, prepay the copy fees, and submit a large-enough self-addressed envelope with sufficient postage affixed.

IT IS SO ORDERED.

Dated: **February 7, 2020**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE