**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO CHAVEZ, | 1:18-cv-01534-AWI-GSA-PC |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH COURT'S ORDER** |
| v. | |
| J. DOE #1, et al., | **(ECF No. 15.)** |
| Defendants. | |
| | **OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS** |

   Gilberto Chavez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On October 16, 2018, Plaintiff filed the Complaint commencing this action at the United States District Court for the Central District of California. (ECF No. 1.)  On October 31, 2018, the case was transferred to this court.  (ECF No. 4.)

   Plaintiff filed the Second Amended Complaint on February 20, 2020.  (ECF No. 26.)  On April 15, 2020, the court screened the Second Amended Complaint and issued an order requiring Plaintiff to either file a Third Amended Complaint or notify the court that he willing to proceed only with the Eighth Amendment deliberate indifference claim against defendant Celina Salinas found cognizable by the court, and to do so within thirty days.  (ECF No. 27.)  On April 27, 2020, Plaintiff requested a thirty-day extension of time to comply with the court's order, which was

granted on April 30, 2020.  (ECF Nos. 28, 29.)  On July 13, 2020, the court granted Plaintiff a sixty-day extension of time to comply with the court's April 15, 2020 order.  (ECF No. 32.)

The deadlines for filing a Third Amended Complaint have now expired, and Plaintiff has neither filed a Third Amended Complaint nor otherwise responded to the court's July 13, 2020 order.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case be DISMISSED, without prejudice, based on Plaintiff's failure to comply with the court's order issued on April 15, 2020; and
2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

   Dated:  **September 25, 2020**         **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE