UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CHAVEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>J. DOE #1, et al.,<br><br>                Defendants. | **1:18-cv-01534-AWI-GSA-PC**<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 33.)**<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>**THIRTY-DAY DEADLINE TO EITHER:**<br><br>  **(1) FILE THIRD AMENDED COMPLAINT**<br><br>       **OR**<br><br>  **(2) PLAINTIFF NOTIFY THE COURT HE IS WILLING TO PROCEED ONLY WITH THE EIGHTH AMENDMENT DELIBERATE INDIFFERENCE CLAIM AGAINST DEFENDANT CELINA SALINAS FOUND COGNIZABLE BY THE COURT** |

    Gilberto Chavez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

    On April 15, 2020, the court issued an order dismissing the Second Amended Complaint and requiring Plaintiff to either file a Third Amended Complaint or notify the court that he is willing to proceed only with the Eighth Amendment deliberate indifference claim against

1

defendant Celina Salinas found cognizable by the court, within thirty days.  (ECF No. 27.) Plaintiff requested and was granted a thirty-day extension of time to comply with the court's order.  (ECF Nos. 28, 29.)

The thirty-day extension of time expired and Plaintiff did not comply with or otherwise respond to the court's order.  On  June 9, 2020, the court issued findings and recommendations, recommending that this case be dismissed, without prejudice, for Plaintiff's failure to comply with the court's order.  (ECF No. 30.)

On June 29, 2020, Plaintiff filed a motion for stay of the proceedings until he found counsel to represent him.  (ECF No. 31.)  On July 19, 2020, the court vacated the findings and recommendations, denied the motion for stay, and granted Plaintiff a sixty-day extension of time to file the Third Amended Complaint.  (ECF No. 32.)

The sixty-day extension of time expired and Plaintiff did not comply with or otherwise respond to the court's order.  On September 25, 2020, the court issued findings and recommendations again, recommending that this case be dismissed, without prejudice, for Plaintiff's failure to comply with the court's order. (ECF No. 33.)  On October 2, 2020, Plaintiff filed objections to the findings and recommendations arguing that because of the pandemic he was unable to go to the law library to work on his case. (ECF No. 34.)  He asks the court to "let me know what it is that I have to do next."  (Id.)

Plaintiff may not continue to disregard the deadlines in the court's orders.  Plaintiff argues that he is unable to prosecute his case because of the pandemic and lack of access to the law library.  He has also argued that he cannot proceed because he is seeking counsel to represent him.  Plaintiff shall be granted one further thirty-day deadline to either file a Third Amended Complaint, or notify the court that he is willing to proceed only with the Eighth Amendment deliberate indifference claim against defendant Celina Salinas found cognizable by the court.  If Plaintiff cannot comply with the thirty-day deadline he must file a motion for extension of time **before** the deadline expires, showing good cause why he requires an extension of time.  To show good cause, Plaintiff should explain in detail what he has done, giving dates, to request access to the library, and how the prison has responded to each of his requests.  Plaintiff's failure to comply

with the court's deadlines, and his failure to timely request extensions of time, has caused the court to expend time and effort that should not be necessary.

It is apparent that Plaintiff is not keeping track of what he needs to do to continue with this case. If Plaintiff has lost interest in prosecuting this case, he should file a notice of voluntary dismissal.

Accordingly, based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on September 25, 2020, are VACATED;
2. Plaintiff is GRANTED thirty days from the date of service of this order in which to EITHER:
    (1) file his Third Amended Complaint; OR
    (2) notify the court that he is willing to proceed with only the Eighth Amendment deliberate indifference claim against defendant Celina Salinas found cognizable by the court, pursuant to the court's order of April 15, 2020;
3. Any further motions for extension of time must be filed **before** the expiration of the prior deadline;
4. If Plaintiff has lost interest in prosecuting this case, he should file a notice of voluntary dismissal; and
5. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:   **October 7, 2020**           /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE