UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN DOE #1, et al.,<br><br>　　　　Defendants. | **1:16-cv-01534-AWI-GSA-PC**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF DEFENDANT'S MOTION TO DISMISS**<br>**(ECF No. 54.)**<br><br>**ORDER FOR CLERK TO SEND COPY OF MOTION TO DISMISS TO PLAINTIFF**<br>**(ECF No. 50.)**<br><br>**ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**THIRTY-DAY DEADLINE TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION** |

　　Gilberto Chavez ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's original Complaint against defendant Salinas ("Defendant") for deliberate indifference to Plaintiff's safety.  (ECF No. 1.)

　　On April 22, 2021, Defendant filed a motion to dismiss this case.  (ECF No. 50.)  On September 22, 2021, the court issued an order requiring Plaintiff to file an opposition or statement of non-opposition to the motion to dismiss within thirty days.  (ECF No. 52.)

On October 19, 2021, Plaintiff filed a request for the court to send him a copy of the motion to dismiss to enable him to file a response. (ECF No. 54.)

The court finds good cause to grant Plaintiff's request for a copy of the motion to dismiss and to grant Plaintiff an extension of time to respond to the motion to dismiss.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for a copy of Defendant's motion to dismiss, filed on October 19, 2021, is granted;
2. The Clerk's Office is directed to send Plaintiff a copy of the motion to dismiss filed on April 22, 2021 (ECF No. 50); and
3. Plaintiff is granted an extension of time until thirty days from the date of service of this order in which to file an opposition or statement of non-opposition to Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated:   **October 22, 2021**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE