UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CHAVEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. DOE #1, et al.,<br><br>　　　　　　Defendants. | **1:18-cv-01534-AWI-GSA-PC**<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY THE COURT'S ORDER**<br>**(ECF No. 52.)**<br><br>**OBJECTIONS DUE WITHIN 14 DAYS** |

　　Gilberto Chavez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds against defendant Celina Salinas ("Defendant") for deliberate indifference under the Eighth Amendment.[1]

　　On April 22, 2021, Defendant filed a motion to dismiss. (ECF No. 50.) On September 22, 2021, the court issued an order requiring Plaintiff to file an opposition or statement of non-opposition to Defendant's motion to dismiss within thirty days. (ECF No. 52.) On October 19, 2021, Plaintiff filed a motion for the court to provide him with a copy of the motion to dismiss.

---

[1] On December 4, 2020, the court issued an order dismissing all other claims and defendants from this case, based on Plaintiff's failure to state a claim. (ECF No. 41.)

(ECF No. 54.) On October 22, 2021, Plaintiff's motion was granted and he was granted a thirty-day extension of time to file his opposition. (ECF No. 55.) On October 22, 2021, Plaintiff filed a motion for extension of time, which was denied as moot. (ECF Nos. 56, 57.) On November 18, 2021, Plaintiff filed another motion for extension of time and was granted a forty-five day extension of time to file his opposition. (ECF No. 58, 59.)

The forty-five-day time period has expired and Plaintiff has not filed his opposition or any other response to the court's order.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case be DISMISSED, without prejudice, based on Plaintiff's failure to comply with the court's order issued on September 22, 2021; and

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **January 21, 2022**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE