UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CHAVEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>J. DOE #1, et al.,<br><br>      Defendants. | **1:18-cv-01534-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 60.)**<br><br>**ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO OBEY THE COURT'S ORDER ISSUED ON SEPTEMBER 22, 2021**<br>**(ECF No. 52.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

  Gilberto Chavez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On January 21, 2022, findings and recommendations were entered, recommending that this case be dismissed, without prejudice, for Plaintiff's failure to comply with the court's order issued on September 22, 2021.  (ECF No. 60.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  On February 9, 2022, Plaintiff filed a notice of change of address. On February 9, 2022, the court re-served the findings and recommendations

on Plaintiff at his new address and extended the deadline another fourteen days for Plaintiff to file objections.  The time period for filing objections has now expired, and Plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on January 21, 2022, are ADOPTED IN FULL;
2. This action is DISMISSED, without prejudice, for Plaintiff's failure comply with the court's order issued on September 22, 2021; and
3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   March 9, 2022                                                                         
                                                                   SENIOR  DISTRICT  JUDGE